**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 246 EAL 2021

             Respondent                      :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

             v.                            :

                                     :

ANDREW TIRADO,                        :

                                     :

                     Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.